

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS

### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Buford D. Battle
State Auditor
Austin, Texas

Dear Sir:

Opinion No. O-3663
Re: Under Article 5695 must the Department of Agriculture make an annual inspection and collect a fee of $5.00 for each inspection of all scales, weights, beams and measures used by public weighers, or may they, as has been the practice, collect $5.00 for each certificate of authority and make inspections as and when they have facilities to make them without collecting any additional fees during the two year period?

You request an opinion of this department relative to the construction and application of Article 5695, Revised Civil Statutes of Texas. Your request is whether or not the Commissioner of Agriculture must make an annual inspection of all scales, weights, beams and measures used by public weighers, or may he make such inspections as and when he has the facilities without collecting an additional $5.00 fee during the two year tenure of said public weighers.

Your attention is directed to the following pertinent statutes:

Acts, 1925, 39th Legislature, p. 85, ch. 13:

"Abolition of offices, boards, etc., and transfer of duties and functions

"Section 1. The office of Commissioner of Markets and Warehouses of the State of Texas is hereby abolished, and the authority, duties,

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

powers, functions, rights, and liabilities, heretofore vesting in said commissioner, shall hereafter vest in and be had and performed by the Commissioner of Agriculture. The Markets and Warehouse Department and the Weights and Measures Department of the State of Texas are hereby abolished, and the duties and functions of the same shall hereafter vest in the Commissioner of Agriculture."

Article 5690, Revised Civil Statutes of Texas:

"All public weighers or deputy public weighers, appointed or elected shall obtain from the Commissioner of Markets and Warehouses a certificate of authority to carry on the business of public weigher or deputy public weigher within the city, town, precinct or shipping point for which he was elected or appointed."

Article 5695, Revised Civil Statutes of Texas:

"The Commissioner of Markets and Warehouses shall issue a certificate of authority to all persons engaged in the business of weighing for the public; carefully and accurately test all scales, weights, beams and measures, used by such public weighers at least once every twelve months, and charge such public weigher a fee of five dollars for such inspection, which fee shall be paid, by the Commissioner into the State Treasury; such inspection fee to be collected at the time of the certificate of authority is issued to any public weigher or deputy public weigher in this State, and such fee shall be collected annually thereafter from all persons engaged in the business of public weigher."

Under Article 5695, it is apparent that it is the duty of the Commissioner of Agriculture to make an annual inspection and test of all scales, weights, beams and measures used by public weighers and their deputies. However, where

Honorable Buford D. Battle, Page 3

no facilities exist and no inspection and test is made, the inspection fee cannot be charged and collected.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Pat Coon*
Pat Coon
Assistant

PC:GO

APPROVED AUG 18, 1941

*Robert E Kepne*

Acting ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY *WB*
CHAIRMAN